U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R01018)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 13 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:**    Clayton

**DISTRICT COURT NO.**    **1 : 25 C R - 0 4 9 9**

UNDER SEAL

**MAGISTRATE CASE NO.**

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: November 13, 2025 | DATE: | DATE: |

**UNITED STATES OF AMERICA**
**vs.**
**SAMUEL TUNICK**

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**    Yes    X No
**Will the defendant be arrested pending outcome of this proceeding?**    X Yes    No
**Is the defendant a fugitive?**    Yes    X No
**Has the defendant been released on bond?**    Yes    X No

**Will the defendant require an interpreter?**    Yes    X No

**District Judge:**

**Attorney:**  Matthew S. Carrico
**Defense Attorney:**