U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta
DEC - 3 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

P L E A (With Counsel)

CRIMINAL NO. 1:25-CR-0499

I, Samuel Tunick, defendant, having received a copy of the within Indictment, and having been arraigned plead <u>Not Guilty</u> thereto to the sole count thereof.

In Open Court this 3rd day of December, 2025.

_____         _____
SIGNATURE (Defense Attorney)      SIGNATURE (Defendant)
Daniel Kane                       Samuel Tunick

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: w) 404-577-1200           173 NASSAU ST.
       c) 678-358-6723           ATLANTA, GA.
Bar Number: 406375                30303
                                 Phone: 404-577-1200

Filed in Open Court by:

_____         12/3/25
(Signature)                       Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12