# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| SAMUEL TUNICK<br>**AGENT TO ARREST** | CASE NO. 1:25-cr-00499-ELR-CCB<br>~~UNDER SEAL~~ |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest SAMUEL TUNICK and bring him or her forthwith to the magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Knowingly destroy, damage, waste, dispose of, and delete the digital contents of a Google Pixel cellular phone, for the purpose of preventing the Government's lawful authority to take said property into its custody and control.

in violation of **Title 18, United States Code, Section(s) 2232(a)**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

November 13, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 17 2025
KEVIN P. WEIMER, Clerk
By: _[signature]_ Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 11-13-2025

Date of Arrest: 12-03-2025

SA Nathan Burnham
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

SAMUEL TUNICK
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:25-cr-00499
**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest SAMUEL TUNICK and bring him or her forthwith to the magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Knowingly destroy, damage, waste, dispose of, and delete the digital contents of a Google Pixel cellular phone, for the purpose of preventing the Government's lawful authority to take said property into its custody and control.

in violation of **Title 18, United States Code, Section(s) 2232(a)**

KEVIN P. WEIMER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

November 13, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 11/13/25

Date of Arrest: 12/03/25

Nathan Burnham, HSI Special Agent
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer