IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> SAMUEL TUNICK, <br><br> **Defendant.** | CRIMINAL ACTION NO. <br> 1:25-CR-499-ELR-CCB |

### ORDER

Defendant had his initial appearance and arraignment on December 3, 2025, at which time he was represented by attorney Daniel Kane. (Doc. 8). Since that time, Defendant has advised the Court that Mr. Kane no longer represents him and petitioned the Court for court-appointed counsel. The Court has reviewed Defendant's financial affidavit and finds that he is financially unable to employ counsel.

Therefore, **MELISSA MCGRANE** from the **FEDERAL DEFENDER PROGRAM, INC.** is hereby appointed to represent the Defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

**IT IS SO ORDERED,** this 15th day of December, 2025.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

2