IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CRIMINAL CASE NO.
                                                      1:25-CR-499

SAMUEL TUNICK

<u>MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS</u>

The Defendant, Samuel Tunick, through undersigned counsel, respectfully requests a ninety (90) day extension to file pretrial motions in this case. Mr. Tunick was previously represented by a retained lawyer, and during his representation, the Court's pretrial scheduling order set a December 17th deadline for motions, and a pretrial conference on December 31st. In support of this motion, Mr. Tunick shows the following:

(1)

The one-count indictment alleges that Mr. Tunick violated Title 18 U.S.C. 2232(a), Destruction or Removal of Property to Prevent Seizure. (Doc. 1).

(2)

On December 3, 2025, Mr. Tunick was arraigned on the one-count indictment and released on an appearance bond the same day. (Doc. 8). On December 15, 2025, Mr. Tunick communicated to the Court that he could no longer afford to retain a private lawyer and requested a court-appointed lawyer.

Undersigned counsel was notified of the likely appointment on December 15th, but no order had been entered, and undersigned counsel did not have contact information for Mr. Tunick. Around that time, undersigned counsel contacted Mr. Tunick's prior lawyer, who was not certain whether he would continue to represent Mr. Tunick.

When the order appointing counsel was entered on December 28, counsel was out on leave. As such, there was a delay between undersigned counsel's date of appointment and counsel's first meeting with Mr. Tunick.

(3)

Mr. Tunick, through undersigned counsel, is requesting a ninety-day continuance from his original pretrial motions' deadline of December 17th. In other words, he is requesting that his motion deadline be on, or around, March 17th. Additional time will allow counsel and Mr. Tunick to discuss

the discovery and his legal options to determine how he would like to proceed with his case.

(4)

Undersigned counsel requests a continuance to allow the reasonable time necessary for effective representation. The interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference outweigh the interests of the public and the defendant in the speedy resolution of this matter, and thus the defendant counts as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. 18 U.S.C. § 3161(h)(7)(A), (B).

WHEREFORE, Mr. Tunick respectfully requests that he be given a ninety (90) day extension to file pretrial motions, and that the pretrial conference be scheduled after that date. A proposed order is attached.

Dated: This 22nd Day of January, 2026.

Respectfully Submitted,

*/s/ Melissa McGrane*
Melissa McGrane
Georgia State Bar No. 878384

Federal Defender Program, Inc.
(404) 688-7530; Fax: (404) 688-0768
Melissa_McGrane@fd.org