IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL CASE NO.
1:25-CR-499

SAMUEL TUNICK

ORDER

The Court finds that for good cause shown, it is necessary to extend the time for the Defendant to file pretrial motions and to continue the pretrial conference.

The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and the defendant's in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions' deadline and the holding of the pretrial conference. 18 U.S.C. § 3161.

IT IS HEREBY ORDERED that the Pretrial Conference in this matter shall be held on _____, 2026 at ___ .m. and the Defendant shall file Pretrial Motions by _____, 2026.

SO ORDERED, this ____ day of _____, 2026.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE