IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

SAMUEL TUNICK

Criminal Action No.

1:25-cr-00499-ELR-CCB

**Joint Motion to Continue Evidentiary Hearing**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Matthew S. Carrico, Assistant United States Attorney for the Northern District of Georgia, file this motion to continue the evidentiary hearing currently scheduled in the above captioned matter.  The government has spoken with counsel for Mr. Tunick, and the parties respectfully request that this Court continue the evidentiary hearing scheduled for April 28, 2026, and in support thereof, states the following:

The parties are in ongoing discussions to try and resolve this matter short of trial.  As part of those discussions each of those parties are currently engaged in obtaining additional documentation related to this case.

Additionally, of the two potential government witnesses that could testify at the evidentiary hearing, one witness has a previously scheduled and approved travel conflict and the other witness has been relocated to Toronto.  Due to the current government shutdown, it is difficult to arrange travel for the witness in

Toronto to appear on April 28, 2026.  The other witness has prescheduled leave on April 28, 2026, to attend a personal event.

Accordingly, the parties respectfully request that this court continue the evidentiary hearing by at least 55 days and exclude the time until the evidentiary hearing date under the Speedy Trial Act. This period of delay is excluded as the ends of justice served by granting the continuance outweigh the Defendant and the public's interest in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). Specifically, the continuance is necessary to afford the parties time to adequately prepare for trial and to determine if this case can be resolved short of trial.

## Conclusion

Wherefore, the parties respectfully requests that this Court continue the current trial date for at least 55 days and that this delay be excluded under the Speedy Trial Act.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/MATTHEW S. CARRICO
    *Assistant United States Attorney*
Georgia Bar No. 538608
Matthew.Carrico@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181