PS 8
(Rev. 12/04)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 18 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

## Northern District of Georgia

U.S.A. vs.     Samuel Tunick          Docket No. 1:25-CR-499 *ue*

### Petition for Action on Conditions of Pretrial Release

COMES NOW     Kadizjah N. White          , pretrial services/probation officer, presenting
an official report upon the conduct of defendant     Samuel Tunick          , who was
placed under pretrial release supervision by the Honorable     Russel G. Vineyard     , sitting in
the court at          Atlanta, Georgia     on the     3rd     date of     December          ,     2025

under the following conditions:

Must not violate federal, state, or local law while on release.
Must cooperate in the collection of DNA sample.
Must advise the court or pretrial officer before changing address or telephone.
Must appear in Court as required.
Submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
Continue or actively seek employment.
Surrender any passport
Not obtain nor possess a passport or other international travel document.
Must reside at 1063 Seabord Ave. Atlanta, GA 30307.
Not possess a firearm, destructive device, other weapon.
Not use alcohol (excessively).
Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. Section 802, unless lawfully prescribed by a medical licensed practitioner.
Submit to testing.
Report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops.
Travel restricted to the Northern District of Georgia.

On March 10, 2026, Mr. Tunick's conditions were modified to allow him to reside at 1020 Browns Mill Rd. Atlanta, GA 30315.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1: Must not violate federal, state, or local law while on release:**
On or about May 12, 2026, this writer was made aware Mr. Tunick was arrested on May 8, 2026, by the Georgia Tech Police Department and taken to the Fulton County Jail. According to the incident report, Mr. Tunick and his roommate were observed within a dumpster outside of the residential buildings. According to the report, they were instructed to provide their names. Mr. Tunick's roommate provided his name; Mr. Tunick provided the name Sam Thompson. According to the report, after running the information, the officer asked Mr. Tunick to write his information down, and he provided the correct information. At that time, Mr. Tunick was placed under arrest. Mr.

Tunick was charged with Loiter Prowl and Giving False Name, Address, or Birthdate to a Law Enforcement Officer. Mr. Tunick was released on a $2000.00 signature bond.

**PREVIOUS VIOLATIONS:**
None.

ASKING THAT THE COURT WILL approve the Consent to Modify Conditions of Release form, adding the following condition: Participate in a program of location monitoring (home detention) with GPS monitoring for up to 90 days.

<table>
<tr><td>ORDER OF COURT</td><td>I declare under penalty of perjury that the foregoing is true and correct.</td></tr>
</table>

ORDER OF COURT

Considered and ordered this _____18th_____ day of
_____May_____, 20 26 _____ and ordered filed
and made a part of the records in the above case.

_Russell G. Vineyard_
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 14, 2026

_Kadizjah N. White /BTB_
U.S. Pretrial Services/Probation Officer

Place                Atlanta, Georgia

PS 42
(Rev. 7/93)

# United States District Court
### District of
### Northern District of Georgia

United States of America          )
                                  )
vs.                               )
                                  )
Samuel Breakstone Tunick          )      Case No.    1:25-CR-499

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Samuel Breakstone Tunick__ , have discussed with _____Kadizjah White_____ , Pretrial Services/

Probation Officer, modifications of my release conditions as follows:
·Participate in the location monitoring program (home detention) with GPS monitoring for up to 90 days.

I consent to this modification of my release conditions and agree to abide by this modification.

| _____ | 5/14/2026 | _Kadizjah N. White_ | 5/14//2026 |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____            5/14/26
Signature of Defense Counsel                 Date

☒   The above modification of conditions of release is ordered, to be effective on   **May 18, 2026**   .

☐   The above modification of conditions of release is *not* ordered.

_____            **May 18, 2026**
Signature of Judicial Officer                Date