IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v. CRIMINAL CASE NO.
1:25-CR-499

SAMUEL TUNICK

UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

The Defendant, Samuel Tunick, through undersigned counsel, respectfully requests permission to visit family in California from August 13th through August 23rd, 2026.

Defense counsel has consulted with Mr. Tunick's pretrial supervising officer, Kadizjah White, and Assistant United States Attorney Matthew Carrico, neither of whom objects to Mr. Tunick's request. In support of this motion, Mr. Tunick shows the following:

(1)

The one-count indictment alleges that Mr. Tunick violated Title 18 U.S.C. 2232(a), Destruction or Removal of Property (i.e the contents of his phone) to Prevent Seizure. (Doc. 1).

(2)

On December 3, 2025, Mr. Tunick was arraigned on the one-count indictment and released on an appearance bond the same day. (Doc. 8).

(3)

Due to a previous violation, Mr. Tunick was placed on GPS location monitoring and home detention for a period. (Doc. 28). This Court later granted Mr. Tunick's request to be released from these conditions, as well as to travel out of the jurisdiction for a few days. (Doc. 30). Defense counsel is not aware of Mr. Tunick having any issues or failure to comply with the parameters of that approved travel request.

(4)

Mr. Tunick wishes to fly to northern California to visit his family there from August 13th to August 23rd, 2026. He will provide an itinerary to his supervising officer of where he will be staying and visiting.

(5)

Defense Counsel has conferred with Mr. Tunick's pretrial supervising officer, Kadizjah White, who has no objections to allowing Mr. Tunick to travel for these dates. Defense counsel has further conferred with AUSA Carrico, who also does not oppose this request.

WHEREFORE, Mr. Tunick respectfully requests that his bond conditions are modified to permit out-of-district and overnight travel to northern California from August 13th through August 23rd, 2026. A proposed order is attached.

Dated: This 6th day of August, 2026.

Respectfully Submitted,

*/s/ Melissa McGrane*
Melissa McGrane
Georgia State Bar No. 878384

Federal Defender Program, Inc.
(404) 688-7530; Fax: (404) 688-0768
Melissa_McGrane@fd.org