**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:25-cr-00499-ELR-CCB |
| | :: | |
| SAMUEL TUNICK | :: | |

# ORDER

Defendant Samuel Tunick ("defendant") was released on a bond and supervision under conditions set in this case. Pending before the court is defendant's motion to modify bond conditions, [Doc. 32], seeking to modify the conditions of defendant's release to allow him to travel to California to visit family from August 13th through August 23rd, 2026.

His supervising officer and the government do not oppose the requested modification.

After consideration of the motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The defendant's conditions of release are hereby modified to permit him to travel out-of-district and overnight to California from August 13th through August 23rd, 2026. All other conditions of his release remain in effect.

**IT IS SO ORDERED**, this ___day of August, 2026.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE