**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:25-cr-00499-ELR-CCB |
| | :: | |
| SAMUEL TUNICK | :: | |

# ORDER

Defendant Samuel Tunick ("defendant") was released on a bond and supervision under conditions set in this case. Pending before the court is defendant's motion to modify bond conditions, [Doc. 32], to allow him to travel to California to visit family from August 13 through 23, 2026. His supervising officer and the government do not oppose the request.

After consideration of the motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The defendant's conditions of release are hereby modified to permit him to travel out-of-district and overnight to California from August 13 through 23, 2026. Defendant shall provide an itinerary to his supervising officer of where he will be staying and visiting. All other conditions of his release remain in effect.

**IT IS SO ORDERED**, this 10th day of August, 2026.

Russell G. Vineyard
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE