IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v. CRIMINAL CASE NO.
1:25-CR-499

SAMUEL TUNICK

# UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

The Defendant, Samuel Tunick, through undersigned counsel, respectfully requests that his bond conditions be modified in two regards relating to the travel restriction. First, Mr. Tunick asks that he be permitted to travel outside the district to perform music with his music group from December 5th through December 7th.

Defense counsel has consulted with Mr. Tunick's supervising officer, Alaysha Williams, and Assistant United States Attorney Matthew Carrico, neither of whom objects to Mr. Tunick's request. In support of this motion, Mr. Tunick shows the following:

(1)

The one-count indictment alleges that Mr. Tunick violated Title 18 U.S.C. 2232(a), Destruction or Removal of Property (i.e the contents of his phone) to Prevent Seizure. (Doc. 1).

(2)

On December 3, 2025, Mr. Tunick was arraigned on the one-count indictment and released on an appearance bond the same day. (Doc. 8).

(3)

Due to a previous violation, Mr. Tunick was placed on GPS location monitoring and home detention for a period. (Doc. 28). The Court later granted Mr. Tunick's request to be released from these conditions, as well as to travel out of the jurisdiction for a few days to perform with his music group. (Doc. 30). The Court has also granted separate requests from Mr. Tunick to visit family in California and to travel out of state to perform with his music group. (Docs. 33 & 40). The undersigned is not aware of any issues arising from these trips.

(4)

Mr. Tunick works in part as a musician. His music group has arranged to perform in New Orleans, Louisiana, from December 5th to 7th. The Court granted similar unopposed requests previously. (Docs. 30 & 40).

Because Probation wishes for the Court to approve travel requests that involve overnight stays, Mr. Tunick makes this request directly to the Court. He understands that he will have to provide a detailed itinerary of where he will perform and where he will stay to his supervising officer.

(5)

Defense Counsel has conferred with Mr. Tunick's supervising officer, Alaysha Williams, who has no objections to this request. Defense counsel has further conferred with AUSA Carrico, who also does not oppose this request.

WHEREFORE, Mr. Tunick respectfully requests that his bond conditions be modified as requested. A proposed order is attached.

Dated: This 20th day of November, 2026.

Respectfully Submitted,

*/s/ Joe Austin*
Joe Austin
Georgia State Bar No. 176460

Federal Defender Program, Inc.
101 Marietta St. NW, Suite 1500
Atlanta, GA 30303
(404) 688-7530; Fax: (404) 688-0768
Joe_Austin@fd.org