**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 1:25-cr-00499-ELR-CCB |
| | :: | |
| SAMUEL TUNICK | :: | |

# ORDER

Defendant Samuel Tunick ("defendant") was released on a bond and supervision under conditions set in this case. Pending before the court is defendant's motion to modify bond conditions, [Doc. 45], seeking to modify the conditions of defendant's release. His supervising officer and the government do not oppose the requested modification.

After consideration of the motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The defendant's conditions of release are hereby modified as follows:

The defendant may travel and stay overnight outside the district, to New Orleans, Louisiana, from December 5th through 7th, 2026. The defendant must provide his supervising officer a detailed itinerary of where his music group will perform and where he will stay during these periods.

All other conditions of the defendant's release remain in effect.

**IT IS SO ORDERED**, this ___day of November, 2026.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE